NUMBER 13-02-539-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

CITY OF HIDALGO,                                                               Appellant,

 

                                                   v.

 

HUGO
GONZALEZ, INDIVIDUALLY AND 

AS
ADMINISTRATOR OF THE ESTATE OF 

MARIA CRISTINA GONZALEZ, DECEASED,                               Appellee.

____________________________________________________________________

 

                        On appeal from the 92nd  District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

               Before Chief Justice Valdez and Justices Dorsey and Hinojosa 

Opinion
Per Curiam

 








Appellant, CITY
OF HIDALGO, perfected an appeal from a judgment entered by the 92nd
District Court of Hidalgo County, Texas, in cause number C-883-01-A.  After the clerk=s record was filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and
appellant no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st
day of October, 2002.